Angel Corbet, peticionario, *v.* La Corte de Distrito de Arecibo, Hon. R. Sancho Bonet, Juez, demandada.

No. 291.—*Sometido:* Enero 29, 1934. *Resuelto:* Febrero 24, 1934.

*Luis Mercader*, abogado del peticionario; el Juez demandado R. Sancho Bonet, compareció en persona.

El Juez Asociado Señor Hutchison, emitió la opinión del tribunal.

██ ██ El artículo 448 del Código de Enjuiciamiento Criminal (Estatutos de 1911, sección 6494) dispone lo siguiente:

"A menos que exista justa causa contraria, el tribunal decretará el sobreseimiento del proceso en los casos siguientes:

"1. Cuando una persona haya sido detenida para responder por la comisión de un delito público, siempre que no se haya presentado acusación contra ella en el término de sesenta días desde su detención. . ."

En el presente caso se radicó una acusación por el delito de homicidio involuntario más de seis meses después de arrestarse al acusado, y el juez de distrito declaró sin lugar una moción para que se sobreseyera la acusación. La moción fué discutida en el momento de leérsele la acusación al peticionario, mas no se presentó prueba alguna. Incumbía al fiscal justificar por qué había dejado de radicar la acusación dentro del período fijado por el estatuto. La moción debió haber sido declarada con lugar, a menos que el hecho admitido o aquellos hechos de que la corte podía tomar conocimiento judicial equivalieran a justa causa para la demora. La transcripción de la vista no demuestra que durante la discusión oral algunos hechos fuesen admitidos expresamente o aducidos sin objeción alguna. Al terminarse la discusión,

se concedió a cada una de las partes un término de cinco días para presentar un memorándum. El acusado radicó el suyo al quinto día. El fiscal lo archivó una semana después.

Del memorándum presentado por el acusado se desprende que el fiscal de distrito en su discusión oral se basó en el hecho de que cuando asumió los deberes de su cargo halló sin terminar una investigación anterior y se vió precisado a terminarla. Aparentemente esto fué cuanto el fiscal demostró en aquel entonces. Desde luego, tal demostración fué inadecuada. El fiscal indica en su memorándum, presentado tardíamente, que él terminó la investigación y radicó la acusación dentro de sesenta días después de asumir los deberes de su cargo. Esto puede o no ser una explicación suficiente de la demora ocurrida después que se hizo cargo de su empleo. Evidentemente no explica la inactividad de su predecesor en el cargo. La cuestión en controversia era por qué no se había radicado una acusación dentro del período estatutario y no quién era responsable de la demora. El acusado fué arrestado el 25 de marzo de 1933 o antes. El fiscal en su memorándum replicó: que a la fecha en que el acusado cometió el supuesto delito, homicidio involuntario era un delito grave; que una ley aprobada el 4 de mayo de 1933, que empezó a regir el 3 de agosto, hizo que el homicidio involuntario fuese un delito menos grave; y que la acusación fué presentada en 2 de octubre, o sea dentro de sesenta días, a contar de la fecha en que fué posible imputar la comisión del delito como menos grave. Admitiendo, sin resolverlo, que el efecto de esta ley fué convertir en delitos menos graves los delitos graves cometidos con anterioridad a su aprobación, y que el juez de distrito pudo considerar esta idea concebida posteriormente, en ausencia de algo que demuestre que el fiscal de distrito anterior hubiese sido influído por ella, no podemos convenir en que la aprobación de tal ley dentro de sesenta días después del arresto fuera excusa suficiente para una demora de unos cinco meses, incluyendo los sesenta días transcurridos después que empezó a regir la ley. En ver-

dad, ello no era justificación para dejar de archivar una acusación dentro de los sesenta días que sucedieron al arresto del acusado.

El fiscal en su memorándum también manifestó que durante los meses de mayo, junio y julio el fiscal de distrito anterior había estado ocupado, de acuerdo con instrucciones recibidas del Procurador General, en la investigación de máquinas automáticas (*slot machines*) y que durante julio, agosto y septiembre la corte se hallaba en vacaciones. Admitiendo nuevamente, sólo para los fines de la argumentación, que la corte pudiera tomar conocimiento judicial de estos hechos, aducidos en un memorándum radicado diez o doce días después de la vista y una semana después de expirado el término concedido para la radicación de tal alegato, esta demostración había sido anticipada y resultó nugatoria a virtud de otros hechos expuestos en el memorándum del acusado, a saber: que en siete ocasiones durante el mes de abril se presentaron acusaciones en corte abierta; que en mayo hubo siete días disponibles para este fin, siete días en junio y seis en julio; que cuando la corte se declaró en receso en julio 31, habían transcurrido 125 días desde el arresto del acusado; que se convocó un término especial para el 1ro. de septiembre y que en dicho día el nuevo fiscal de distrito presentó veinte y nueve acusaciones; y que el fiscal de distrito anterior, en julio 12, 1933, a instancias del Procurador General, y como resultado de una investigación ya practicada, radicó en la Corte Municipal de Arecibo una denuncia por el mismo delito contra Antonio Rodríguez, y celebrado el juicio fué absuelto, y que luego fué que se persiguió a este acusado.

De la prueba ofrecida durante la vista celebrada a virtud de una orden para mostrar causa por la cual el juez de distrito no había obedecido un auto alternativo de *mandamus* librado por este tribunal, se desprende: que en abril 15, 18, 20, 21, 24, 25 y 26 el fiscal anterior presentó en corte abierta y radicó 19 acusaciones, una de ellas por el delito de homi-

cidio involuntario; que en mayo 8, 11, 16, 19, 22 y 26 presentó y radicó 18 acusaciones, una de ellas por homicidio involuntario; que en junio 2, 3, 15, 17, 24, 26 y 30 presentó y radicó 36 acusaciones, tres de las cuales eran por homicidio involuntario; que en julio 13, 14, 19, 22, 28 y 31 presentó y radicó 21 acusaciones; y que al iniciarse el término. especial, en septiembre 1ro., el nuevo fiscal de distrito presentó en corte abierta y radicó 29 acusaciones, siendo dos de ellas por homicidio involuntario.

*Debe expedirse el auto perentorio solicitado.*